**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Willie F Williams, Jr., | No. CV-18-00061-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Atlantic Specialty Insurance Company, | |
| Defendant. | |

The Court finding good cause to refer this matter to a settlement conference,

**IT IS ORDERED** that this matter is set for a SETTLEMENT CONFERENCE before the Honorable Bruce G. Macdonald on **Tuesday, September 24, 2019, at 9:30 a.m.**

**IT IS FURTHER ORDERED** that the parties shall personally attend the settlement conference or have a representative, having settlement authority present for purposes of the settlement conference.

**IT IS FURTHER ORDERED** that all further directives related to the settlement conference shall be provided by the Magistrate Judge.

**IT IS FURTHER ORDERED** that the Stipulated Motion for Extension of Pretrial Deadlines (Doc. 51) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that in the event the case is not settled, the Court grants a three month extension of time as follows: 1) completion of all discovery, including expert discovery, extended to December 15, 2019; 2) Dispositive motions due

by January 15, 2020, and 3) the Joint Proposed Pretrial Order due 30 days following the Court's ruling on dispositive motions.

**IT IS FURTHER ORDERED** THAT THERE SHALL BE NO FURTHER EXTENSIONS OF TIME FOR COMPLETING DISCOVERY.

Dated this 21st day of August, 2019.

Honorable David C. Bury
United States District Judge