**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Willie F Williams, Jr., | No. CV-18-00061-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Atlantic Specialty Insurance Company, | |
| Defendant. | |

The court having been notified that this case has been settled by the parties.

**IT IS ORDERED** that the case is dismissed without prejudice, and the Clerk of the Court shall close it.

**IT IS FURTHER ORDERED** that the parties shall file the appropriate dismissal documents within 30 days of the filing of this Order.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter to reopen the case and return it to the Court's active docket, in the event problems arise in relation to its settlement.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Magistrate Judge Bruce G. Macdonald.

Dated this 20th day of September, 2019.



Honorable David C. Bury
United States District Judge