**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Willie F. Williams, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Atlantic Specialty Insurance Company, <br><br> Defendant. | No. CV-18-00061-TUC-DCB <br><br> **ORDER** |

The parties having notified the Court that a settlement has been reached in this matter, contingent on the Court granting the parties' Stipulation and Request to Vacate and Seal Certain Orders (Docs. 22 and 33). The Court finds good cause to grant the Stipulation.

**Accordingly,**

**IT IS ORDERED** that, pursuant to the Stipulation (Doc. 57), the Court directs the Clerk of the Court to VACATE AND SEAL Order (Doc. 22) and Order (Doc. 33).

**IT IS FURTHER ORDERED** that, having been notified that this case is settled, the case is dismissed without prejudice, and the Clerk of the Court shall close it.

**IT IS FURTHER ORDERED** that the parties shall file the appropriate dismissal documents within 30 days of the filing of this Order.

/////
/////
/////
/////

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter to reopen the case and return it to the Court's active docket, in the event problems arise in relation to its settlement.

Dated this 24th day of February, 2020.

_____
Honorable David C. Bury
United States District Judge